**No. 39462.**—Protest 823180–G of S. Oppenheimer & Co. (New York).

Opinion by CLINE, J. It appeared that the barrels containing the sausage casings were marked with the word "Rotterdam." This was held not to indicate the name of the country of origin of the merchandise. The amendment to the customs regulations (T. D. 46978) specifically states that the name of a city is not alone a sufficient marking. The protest was therefore overruled.

**No. 39463.**—Protest 595406–G of Arthur Schwartz Corporation (New York).

Opinion by CLINE, J. It appeared that the immediate containers of the merchandise were marked "Belgium Endives." On the evidence presented the protest was overruled. Abstracts 36609, 36077, 34308, and 32338 distinguished.

**No. 39464.**—Protests 916436–G/11092, etc., of S. Jackson & Son, Inc., et al. (New Orleans, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39465.**—Protest 939866–G of Haruta & Co., Inc. (New York).

Opinion by KEEFE, J. It was established that the articles are sold as spice sets of four pieces and that the base is not necessary although it may be used with the set of shakers if desired. It was therefore held not to be an entirety for dutiable purposes. *Kwong* v. *United States* (T. D. 49409) cited. The earthenware sets were held dutiable at 10 cents per dozen pieces and 50 percent ad valorem under paragraph 211 on a count of four pieces to the set and the papier-mâché bases were held dutiable at 25 percent under paragraph 1403.

**No. 39466.**—Protests 643117–G, etc., of Cellas, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302 and T.D. 49389) the protests were sustained.